UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6:21-CR-25-CHB-HAI |
| | ) | |
| v. | ) | **ORDER ADOPTING RECOMMENDATION** |
| | ) | **OF ACCEPTANCE OF GUILTY PLEA** |
| DENG MAYOT, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommendation of Acceptance of Guilty Plea filed by United States Magistrate Judge Hanly A. Ingram [R. 25]. The Recommendation of Acceptance of Guilty Plea informed the parties that any objections must have been filed within three days of service of a copy of the decision. *Id.* at 2–3. That deadline has passed, and no party has filed objections.

Defendant filed a consent to plead before the United States Magistrate Judge [R. 23]. Upon review, the Court is satisfied that Defendant Deng Mayot did knowingly and competently plead guilty to the charged offense and that an adequate factual basis supports the plea as to each essential element of the offenses charged.

Accordingly, **IT IS HEREBY ORDERED** as follows:

1. Judge Ingram's Recommendation of Acceptance of Guilty Plea [R. 25] is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Deng Mayot is **ADJUDGED** guilty of Count 1 of the Indictment [R. 1];

- 2 -

3. The Defendant's jury trial and all other pre-trial proceedings are now **CANCELLED** and shall be **STRICKEN** from the Court's docket; and

4. A Sentencing Order will be entered promptly.

This the 20th day of July, 2021.

*Claria Horn Boom*

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY